IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BORAX INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-1661 |
| | : | |
| MARK ZAMEK | : | |

# AMENDED ORDER[1]

**AND NOW**, this 9th day of May 2019, following today's telephonic conference on Plaintiff's Motion for preliminary injunction (ECF Doc. No. 6) and Motion for expedited discovery (ECF Doc. No. 10), and balancing the need to address a request for injunctive relief and the limited expedited discovery necessary to timely resolve Plaintiff's Motion for injunctive relief (ECF Doc. No. 6), it is **ORDERED**:

1. Counsel and parties are required to follow this Court's Policies and Procedures in effect at the time of the anticipated action ("Policies") and Default Order on Electronic Discovery found at www.paed.uscourts.gov;

2. All parties shall fully preserve all electronically stored information;

3. Plaintiff's Motion for expedited discovery (ECF Doc. No. 10) is **GRANTED** to allow, absent counsel's consent, leave for the parties to:

    a. Immediately commence written discovery focusing on the limited issues necessary to address Plaintiff's claims with all written discovery requests including forensic analysis answered within three days of service;

---

[1] We amend only to correct the ECF Doc. No. in paragraph 4.

      b.      Upon two days' written notice, depose the parties and a Fed.R.Civ.P. 30(b)(6) representative of the alleged successor employer for no more than four hours each completed by **May 15, 2019**;

      4.      Defendant shall answer the Motion (ECF Doc. No. 6) no later than **May 19, 2019**;

      5.      We will address Plaintiff's Motion for a preliminary injunction on **Monday**, **May 20, 2019** in Courtroom 6B, United States Courthouse beginning at **2:00 P.M.**

      6.      Each party shall file a pre-hearing memorandum on or before **May 17, 2019** not exceeding ten (10) pages identifying the themes of their injunction presentation, proposed witness list with offers of proof, and identifying exhibits they wish to introduce at the hearing; and,

      7.      The parties may move *in limine* on proffered witnesses or exhibits no later than **10:00 A.M. EST** on **May 20, 2019**.

_____
KEARNEY, J.