# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BORAX INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  19-1661 |
| | : | |
| MARK ZAMEK | : | |

## ORDER

**AND NOW**, this 7th day of June 2019, upon learning Plaintiff has timely filed a first amended Complaint (ECF Doc. No. 28) and thus mooting the pending partial Motion to dismiss (ECF Doc. No. 25), it is **ORDERED** Defendant's partial Motion to dismiss (ECF Doc. No. 25) is **DENIED as moot**.

_____
**KEARNEY, J.**