### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. BORAX INC.** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 19-1661** |
| | : |
| **MARK ZAMEK** | : |

# ORDER

**AND NOW**, this 24th day of June 2019, upon considering Plaintiff's uncontested Motion for leave to file an amended Complaint (ECF Doc. No. 34) and finding good cause, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 34) is **GRANTED:**

1. Plaintiff shall file the Second Amended Complaint attached to its Motion (ECF Doc. No. 34-1) no later **June 25, 2019;** and,

2. Defendant shall respond to the Second Amended Complaint no later than **July 9, 2019.**

*[signature]*
**KEARNEY, J.**