# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| U.S. BORAX INC. | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-1661 |
| MARK ZAMEK | : |

## ORDER

**AND NOW**, this 11th day of July 2019, upon considering Plaintiff's contested Motion to extend time to allow amendment (ECF Doc. No. 40), it is **ORDERED** a Telephonic Conference shall be held on **Friday, July 12, 2019** at **9:30 A.M.** Counsel for Plaintiff shall initiate this call and timely call Chambers at 267-299-7680 when all counsel are on the line.

KEARNEY, J.