APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S BORAX, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK ZAMEK | : | NO. 5:19-cv-01661-MAK |

ORDER

AND NOW, this _____ Day of __July__ _____, 2019, it is hereby

ORDERED that the application of __Laurence A. Shapero__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:19-cv-01661-MAK

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Laurence A. Shapero__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois (Inactive) | 11/5/1998 | 6256658 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Oregon | 08/27/2007 | 072850 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Washington State | 06/21/2001 | 31301 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC Oregon | 08/19/2008 | 072850 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC Washington (West) | 07/09/2001 | 31301 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Court of Appeals for the Ninth Circuit | 05/24/2019 | 31301 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   U.S. Borax, Inc.

_(Applicant's Signature)_

11 JUL 19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Ave., Suite 5150
Seattle, Washington 98101   (206) 693-7057

Sworn and subscribed before me this
11 Day of July, 2019
Chetana Williamson
Notary Public

CHETANA WILLIAMSON
Notary Public
State of Washington
My Appointment Expires
Mar 4, 2021

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BORAX, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK ZAMEK | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Laurence A. Shapero

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Rachel Dennis, Esquire
Casey Green, Esquire

Sidkoff, Pincus & Green, P.C., 2700 Jefferson Tower, 1101 Market St.

Philadelphia, PA 19107

*Rachel Stone*
Signature of Attorney

Rachel C. Stone
Name of Attorney

U.S. Borax, Inc.
Name of Moving Party

7/22/19
Date

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Laurence A. Shapero to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| | | | |
|---|---|---|---|
| Rachel C. Stone | *Rachel Stone* | 11/19/2014 | 318656 |
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

1735 Market St., Suite 3000   Philadelphia, PA 19103

(215) 995-2800

Sworn and subscribed before me this

22nd Day of July, 2019

*Diane Pindyski*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
DIANE PINDYSKI, Notary Public
Philadelphia County
My Commission Expires February 28, 2023
Commission Number 1121624