### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BORAX INC. | : CIVIL ACTION |
| | : |
| v. | : NO. 19-1661 |
| | : |
| MARK ZAMEK | : |

## ORDER

**AND NOW**, this 23rd day of July 2019, upon review of the non-compliant Application for admission *pro hac vice* (ECF Doc. No. 45), it is **ORDERED** the Application of Laurence A. Shapero, Esquire (ECF Doc. No. 45) to practice under Local Rule of Civil Procedure 83.5.2(b) is **DENIED WITHOUT PREJUDICE** to move compliant with this Court's Policies and Procedures (May 2019).

KEARNEY, J.