# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BORAX INC. | : CIVIL ACTION |
| v. | : NO. 19-1661 |
| MARK ZAMEK | : |

## ORDER

**AND NOW,** this 25th day of July 2019, upon considering the Motion for admission *pro hac vice* (ECF Doc. No. 47), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF Doc. No. 47) is **GRANTED** and Laurence A. Shapero, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).

_____
KEARNEY, J.