IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BORAX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-1661 |
| MARK ZAMEK, | : | |
| Defendant. | : | |

ORDER

AND NOW, this 29th day of July, 2019, it is hereby ORDERED that your settlement conference scheduled for Wednesday, August 21, 2019 at 9:30 a.m. is rescheduled to 2:00 p.m.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE