# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BORAX INC. | : | CIVIL ACTION |
| v. | : | NO. 19-1661 |
| MARK ZAMEK | : | |

## ORDER

**AND NOW,** this 2nd day of August 2019, upon considering the Defendant's second Motion to compel (ECF Doc. No. 51) the production of confidential documents we ordered to be produced in our May 16, 2019 Order (ECF Doc. No. 23), and finding no good cause for Plaintiff's failure to timely comply based on Plaintiff's inattention to this production, it is **ORDERED** Defendant's Motion to compel (ECF Doc. No. 51) is **GRANTED** and Plaintiff shall produce the remaining responsive documents both in hard copy and on the court-ordered website along with a detailed privilege log of withheld documents no later than **August 8, 2019**.

_____
**KEARNEY, J.**