IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| U.S. BORAX INC. | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO. 19-1661 |
| | : | |
| MARK ZAMEK | : | |

## ORDER

**AND NOW,** this 27th day of September 2019, upon considering the parties' joint Motion for consent judgment (ECF Doc. No. 55) which may dismiss this case but also require this Court to serve in an über human relations role monitoring compliance for five years without demonstrating continuing jurisdiction based upon future conduct and otherwise imposing obligations outside of those we could order through dismissal in this case, it is **ORDERED** the parties' joint Motion (ECF Doc. No. 55) is **DENIED** without prejudice for the parties to dismiss under Rule 41 and pursue remedies for a breach of a settlement agreement in courts with subject matter jurisdiction or move for a consent judgment without defining our continuing subject matter jurisdiction.

KEARNEY, J.